C. ANDREW WATERS, ESQ. CA Bar No. 147259
MICHAEL L. ARMITAGE, ESQ. CA Bar No. 152740
CHARLES S. SIEGEL, ESQ. TX Bar No. 18341875 (Admitted Pro Hac Vice)
WATERS & KRAUS, LLP
300 N. Continental Blvd., Ste. 500
El Segundo, California 90245
Tel: (310) 414-8146
Fax: (310) 414-8156

JEFFREY A. KAISER, CA Bar No.160594
LEVIN, SIMES & KAISER LLP
One Bush Street, 14th Floor
San Francisco, California 94104
 (415) 646-7160 (Tel)
 (415) 981-1270 (Fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER GALASSI, et al.,** | Case No.   C 05 02017 WHA |
| Plaintiffs, | (State Court Case No. CGC-04-436144) |
| vs. | ~~PROPOSED~~ JUDGMENT |
| **A.W. CHESTERTON COMPANY, et al.,** | |
| Defendants. | |

    This case was removed to this Court by defendant Warren Pumps, Inc. The Court granted plaintiffs' motion for remand in an Order dated June 13, 2005. The Court also granted attorneys' fees and costs to plaintiffs in that Order.

    In a separate Order dated June 13, 2005, the Court set out a procedure for calculating attorneys' fees and costs. Pursuant to that Order, plaintiffs submitted a declaration in support of an award of $33,306.25. After initially opposing this request, Warren Pumps has withdrawn its opposition.

It is therefore ORDERED that defendant Warren Pumps shall pay to plaintiffs, within 30 days of the date of this Judgment, the sum of $33,306.25 in attorneys' fees and costs. Any additional costs are taxed against the party incurring them.

Done this the ___26th___ day of ___July___, 2005.

_____
Honorable William H. Alsup
United States District Judge

PROPOSED JUDGMENT